# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1049
LT Case No. 2015-303492-CFDB

_____

SHANE FLOYD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Volusia County.
Elizabeth A. Blackburn, Judge.

Deana K. Marshall, of Law Office of Deana K. Marshall, P.A.,
Riverview, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General, Daytona Beach, for
Appellee.


February 13, 2024


PER CURIAM.

    AFFIRMED.


MAKAR, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____